In the Matter of the Application of Michael E. Finnigan, Appellant, to Have Determined and Enforced His Attorney's Lien against a Certain Award of Damages Made to Ellen McLaughlin and William C. Courtney, as Administrators, etc., of Hugh McLaughlin, Deceased, Respondents, in Certain Proceedings to Lands, etc., for an Addition to Prospect Park at the Willink Entrance in the Borough of Brooklyn, City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Application of Charles H. Gardner, Individually and as General Guardian of Gustav Gardner, an Infant, for an Order Directing the City Chamberlain to Pay Over Certain Moneys.— We are unable to dispose of this motion without notice to the infant. When such notice is given and the infant is legally represented. the matter may be brought on for a hearing. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

In the Matter of the Application of William A. Wight for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

James W. Mills and Andrew B. Ryer, Appellants, v. Karl Stroppel, Respondent.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ., concurred.

The People of the State of New York ex rel. Isaac G. Terry, Respondent, v. Solomon Ketcham, as County Clerk of Suffolk County, Appellant.— Appeal dismissed on argument, without costs, on the ground that the question presented is purely academic. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Thomas R. McGinley, Respondent, v. Matthew J. Cahill, Coroner of the Borough of Richmond, in the City of New York, Appellant.— Final order reversed, without costs, on the authority of *People ex rel. Hoefle* v. *Cahill* (*ante*, p. 885), decided herewith. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Charles Shaughness, Respondent, v. Theodore A. Liebler and George C. Tyler, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Isidor Solomon and Another, Respondents, v. Barnet Machta and Others, Appellants.— Judgment of the Municipal Court reversed on reargument, and new trial ordered, costs to abide the event, on the ground that there is no evidence in the return establishing the amount of the plaintiff's claim. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Thomas A. Starr, Appellant, v. Archer B. Wallace and Others, Respondents.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

George L. Strohman, Respondent, v. Frederick J. W. Bursch Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

Max Wolkowitz, Respondent, v. Max Blecher and Another, Appellants.— Motion to dismiss appeal granted, unless the appeal is perfected, return filed and the case placed on the next calendar of this court for argument. On compliance with these terms, motion denied. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

In the Matter of the Application of Ross L. Clark for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Jenks and Miller, JJ.

In the Matter of the Application of Odgen Ellery Edwards, Jr., for Admission to the Bar.—Application granted. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

In the Matter of the Application of Frank A. Leet for Admission to the Bar. — Application granted. Present — Hirschberg, P. J., Woodward, Jenks and Miller, JJ.

William B. Anderson, as Ancillary Administrator of the Estate of Mary Elizabeth Purkess, Deceased, Appellant. v. John C. Fry and William H. Fry, as Executors of the Estate of John C. Fry, Deceased, Respondent.— Motion denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

The Bank of Amityville, Respondent, v. Eleanor McCullin Raynor, as Executrix of the Last Will of George C. Raynor, Deceased, Appellant.— Judgment